

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Billy Wayne Williams,

Vs. No. 11-15-00214-CR

The State of Texas,

\* From the 32nd District Court
of Nolan County,
Trial Court No. 4736-A.

\* November 12, 2015

\* Per Curiam Memorandum Opinion
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.